# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# ATHENS DIVISION

| | |
|---|---|
| **MICHAEL SCOTT CHAMBERLAIN** and **MAN IN A VAN, LLC**,<br><br>  Plaintiffs,<br><br>v.<br><br>**CARING RIDE, INC.; JASON WALKER;** and **ROBERT HUNTER;**<br><br>  Defendants. | Civil Action No. 3:20-CV-101 (CAR) |

## ORDER STAYING CASE ON NOTICE OF BANKRUPTCY

On September 1, 2021, Defendant Caring Ride, Inc. filed a Voluntary Petition for Bankruptcy under Chapter 7 of the United States Bankruptcy Code in the United States Bankruptcy Court for the Northern District of Georgia. On the same day, Defendant filed its Suggestion of Bankruptcy in this Court [Doc. 28].

Under 11 U.S.C. § 362(a)(1), all judicial proceedings against the debtor are automatically stayed. Accordingly, this case is hereby **STAYED** in its entirety until the bankruptcy court lifts the stay. Counsel for Defendant is **ORDERED** to file a report as to the status of the bankruptcy proceedings by February 2, 2022.

**SO ORDERED** this 2nd day of September, 2021.

*s/ C. Ashley Royal*
C. ASHLEY ROYAL, SENIOR JUDGE
UNITED STATES DISTRICT COURT